FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11  AM 10: 13

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BENNETT PIERRE | CIVIL ACTION |
| VERSUS | NO. 04-3540 |
| BURL CAIN, ET AL | SECTION "N" (5) |

### O R D E R

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on March 20, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that Bennett Pierre's petition for issuance of a Writ of Habeas Corpus DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 8th day of September 2006.

UNITED STATES DISTRICT JUDGE

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_